FILED

02/16/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0272

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0272

_____

COREY ALAN RUBIN and DON HAUTH,

     Plaintiffs and Appellees,

  v.

BRENT E. HUGHES and GRACE HUGHES,
husband and wife,

     Defendants and Appellants.

O R D E R

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Heidi Ulbricht, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 16 2022